IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| STEPHANIE S. SUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-115 |
| | ) | |
| BARREL PUBS, LLC d/b/a Pickle Barrel | ) | |
| Cafe and Sports Pub, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

Plaintiff filed the above-captioned case on November 21, 2025. (Doc. no. 1.) Defendant waived service of a summons on March 26, 2026, and it filed its answer to the amended complaint on May 22, 2026. (Doc. nos. 18, 22.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 5.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 23rd day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA